NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1709 consolidated with CA 03-1708


TIMOTHY MILLER, ET UX.

VERSUS

AMERICAN MOTORISTS INS. CO., ET AL.


**********

APPEAL FROM THE
PINEVILLE CITY COURT
PARISH OF PINEVILLE CITY COURT, NO. 01-320
HONORABLE JESSE PHILLIP TERRELL, JR., CITY COURT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.


William M. Ford
Attorney at Law
P. O. Box 12424
Alexandria, LA 71315-2424
(318) 442-8899
Counsel for: Plaintiffs/Appellees
Timothy Miller, Kimberly Miller
Courtney Miller, Ashley Miller

Kay Hilgerson Michiels
Walker, Passman & Michiels
P. O. Box 13020
Alexandria, LA 71315-3020
(318) 445-4516
Counsel for: Defendant/Appellant
Brookshire Grocery Company